UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION<br><br>NO.:<br><br>JUDGE<br><br>MAGISTRATE |

### AFFIDAVIT OF VALUE

STATE OF TEXAS

COUNTY OF Gillespie

 **BEFORE ME,** the undersigned authority, personally came and appeared:

**J. MICHAEL CLARKSON, ASA**

who, after being duly sworn, did depose and say that:

**1.**

He is a surveyor employed by Moore Bryan;

**2.**

He and Jim Moore had an occasion to perform a valuation of the *GLOBETROTTER II* on October 17-22, 2021, a true and correct copy of which is attached hereto as Exhibit 1;

**3.**

Based upon his professional opinion and experience in the marine and energy industry, the *GLOBETROTTER II* had a fair market value of $39,619,275.00 after the alleged casualty on August 29, 2021;

4.

The above and foregoing statements are true and based upon his personal knowledge and experience as a marine surveyor.

*[signature]*
J. MICHAEL CLARKSON, ASA

SWORN TO AND SUBSCRIBED
BEFORE ME, THIS 16
DAY OF FEBRUARY 2021.

*[signature]*
NOTARY PUBLIC

JUSTIN FERRIS
Notary Public, State of Texas
My Commission expires
December 11, 2024
ID No. 13282116-0