**3717 Highway 3, Suite E, Dickinson, Texas 77539**
**P 713-910-7200 F 713-910-7208**

Moore Bryan

Kean Miller LLP
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501

Attn: Mr. Robert Kallam                                                                 February 11, 2022

## FILE No.: V21.10.2982

# VALUATION REPORT

**PRINCIPAL:**    Bully 1 (Switzerland) GmbH

**VESSEL:**    DRILL SHIP NOBLE GLOBETROTTER II

**ESTIMATED FAIR MARKET VALUE AS OF AUGUST 28th, 2021:**
**$65,000,000.00    U.S. DOLLARS**

**ESTIMATED FAIR MARKET VALUE AS OF SEPTEMBER 1, 2021:**
**$39,619,275.00    U.S. DOLLARS**



At the request of Kean Miller LLC, MOORE/BRYAN (A JFMoore Group Company) has performed a physical inspection and reviewed technical information and details of the above captioned Mobil Offshore Drilling Unit as provided by the Principal along with current in-house technical and current market valuation data for Mobile Offshore Drilling Units in order to determine the Estimated Fair Market Value of the MODU as of August 28, 2021 and reduction in value due to damage repairs and replacements suffered during the passage of Hurricane IDA in September 2021.

**Fair Market Value (FMV)-** Shall be equal to and defined as the estimated amount, expressed in terms of U.S. Dollars, which would be obtained in an arm's length transaction between an informed and willing buyer/user and an informed and willing seller, neither under compulsion to buy or sell, assuming that the equipment will be appraised in its current or proposed location. In such determination the cost of removal shall not be a deduction from such value.

MOORE/BRYAN has determined the current valuations on an in-house basis using a current cost and market data approaches. Our research files are contained in-house at the company offices. The valuation is based on standard American Society of Appraisers definitions and appraisal techniques.

This appraisal report was requested by Mr. Robert Kallam on behalf of and for the account "Bully 1 (Switzerland) GmbH". We have provided an appraisal of the MODU NOBLE GLOBETROTTER II. We inspected the MODU during October 17 to 22, 2021 while the vessel was alongside at Halter Marine Services in Pascagoula, Mississippi. The subject property was generally considered to be in good condition, ex damages, and was undergoing extensive damage repairs on damages incurred during the category 4 Hurricane which made landfall in Louisana August 29, 2021. The MODU had been working offshore Louisiana in the Gulf of Mexico at the time of passage of Hurricane Ida and was reportedly subject to the direct forces of the Hurricane along with sea conditions generated by the Hurricane. The purpose of the appraisal is to estimate the value of the asset after the storm.

The function of this appraisal is to determine the Estimated Fair Market Value of the subject property. We did not appraise real property, real property improvements, inventory held for sale or intangible assets. This appraisal and report comply with the Uniform Standards of Professional Appraisal Practice (USPAP), and the ethics of the American Society of Appraisers (ASA), and the Appraisal Foundation.

The subject property consists of one (1) offshore drillship, Mobile Offshore Drilling Unit or MODU. The MODU is owed by Bully 1 (Switzerland) GmbH. The appraisal includes the complete vessel, substructure, living quarters, drilling equipment, and all other ancillary equipment as a whole.

The subject MODU is described in EXHIBIT 1 below.

## THE OFFSHORE DRILLING INDUSTRY

The offshore drilling industry is highly capital intensive, and dependent on the activity levels of oil exploration and production companies (E&P)). The used market for offshore drilling rigs allows E&P companies a means to acquire and divest assets. While there are currently approximately 800 drilling rigs of various types in the global fleet. Yearly transaction volume has not exceeded 60 rig exchanges per year over the past decade. For the past couple of years, transaction volume has been in the low-end, clearly illustrating an illiquid market

The offshore drilling market primarily utilizes four distinct types of drilling units: semi-submersibles, jackups, drill ships and fixed platform rigs. See insert below. This appraisal is focused on the drillship market segment, more specifically ultra-deep water drill ships. A brief background on the offshore drill market and the markets influence on the subject drill ship's value is presented below.



*MAERSK DRILLING*

The drillship rig market has been driven by ever deep-water demand, where particularly modern managed pressure drilling (MPD) and dynamic positioning (DP) capable drill ships have been on the top of operators' selections. With recent fixtures, 7th Generation drill ships have been in highest demand with 6 out of 7 drill ships fixed this year being in this class. This has led the region to secure some of the highest day rates fixed so far this year 2021 (globally), with recent rates coming in at around USD 250,000 per day for MPD capable drill ships and a premium is added for when MPD is required. While the premium for MPD wells might vary, the day rates seen in the market have been close to USD 300,000 per day. With the current demand outlook, we can expect to see the region become tight in the first half of 2022 and, therefore, operators are likely to look elsewhere for drill ships with predictions already circulating of units from other regions being offered on long-term work in the US GoM.



*WESTWOOD GLOBAL ENERGY GROUP*

Since January 2020, six drill ships have been removed from the fleet, with close to 30 others identified as potential retirement candidates. More than 50% of those have been stacked for two years or more and most have expired special periodic survey dates. As reactivation could cost $50-100 million, only a few may ever work again. The Globetrotter 2 is considered a sixth generation ultra-deepwater drillship.

Ultra-Deepwater is considered to be anything more than midwater (7000-12000 ft or 2134-3658 meters). Ultra-Deepwater Floaters are equipped with high-pressure mud pumps and are capable of drilling in water depths of 7,500 feet or greater.

## APPRAISAL THEORY

In appraising the subject assets, the three traditional approaches were considered:

The Income Approach

The Market Data Approach

The Cost Approach

The Income Approach is based on the theory that an informed purchaser would not pay more for the operating property than the expected returns (cash flows) produced by the property and the associated business with which the property's assets contribute. Inherent in this approach is the fact the income cannot be derived from any single property category or item of property, but all items of property must work in conjunction as an integral income producing entity, i.e., business enterprise.

The business enterprise can be defined as an integration of assets, normal working capital, real property, personal tangible property, and intangible property. Intangible property, integral to the operations, may include operating contracts, copyrights, patents, assembled work force, proprietary technology and

knowhow, trade names, licenses and permits, computer software, customer relationships, product formulation, training materials and documentation, etc.

The value of the subject property is based on the future economic income generated by the properties' operations. The cash flow multiple (CFM) method is one method of estimating value through the income approach. The CFM utilizes associated revenues, and expenses to realize a value for the subject property. The net income or net cash flow is estimated over an appropriate period. The period is sometimes referred to as the 'payback period". The payback period is usually expressed in years; generally, 4 to 6 years is average.

The CFM is also one of several fundamental indicators that investors use to determine whether a company's stock is priced sufficiently. The cash flow multiple is also often used to determine a company's enterprise valuation in the case of a potential acquisition.

The CFM estimates future income attributed to the individual subject MODU as though it constituted an operating enterprise. The income figure is usually expressed in daily increments or 'day rates. The day rate is the daily rate that an oil field operator (typically an E&P firm or a major oil company) pays to the rig owner for the use of the rig. The associated direct and indirect operating expenses are estimated and subtracted from the operating income or day rate income. Future annual capital expenditures are then estimated and also subtracted from the day rate income.

The next step is to multiply the net day rate income by the number of operating days in a year. This equals an annual net operating income for the MODU. The annual net operating income is multiplied by the appropriate payback period to arrive at a Fair Market Value for the MODU.

For appraisal purposes, the value of the business enterprise, the intangible property, real property, and non-owned property must be separated from the value of the tangible personal property. The allocation of these integrated property values greatly limits the accuracy and reliability of the income approach for this assignment.

The **Market Data Approach** compares functionally similar properties that have sold or are currently offered for sale in the marketplace, with the subject property. By comparing the subject rigs with similar rigs which have recently sold or are currently offered for sale, an estimate can be made of the value. Within these comparable sales there may be pertinent factors for comparison which include drilling capacity, design type, structural configuration, age, condition, and date of sale, when applicable. These factors may be considered in arriving at an adjusted value for each property item appraised.

A necessary component of the market data approach is the existence of an active market from which reliable data can be obtained. If such a market is determined to exist, a valuation analysis can be performed with regard to the market price paid for MODU of like kind, quality and condition. To determine Fair Market Value of comparable property, national as well as international markets should be researched.

The **Cost Approach** develops value based on the cost of reproducing or replacing the assets, less depreciation from physical deterioration and functional and economic obsolescence, if any. The Cost Approach is based on the principle of substitution. That principle assumes a buyer will not pay more for an existing property than it would cost to reproduce the item of property.

The Cost Approach begins with the calculation of Replacement Cost New (RCN). RCN is defined as the current cost of a similar new property having the nearest equivalent utility as the property being appraised, as of a specific date (American Society of Appraisers). RCN is the amount reflecting what the subject property would be worth to a prudent investor in new unused condition.

The next step, using the cost approach, is to determine the effect of all three forms of depreciation and/or obsolescence influencing the value of the property. These forms of depreciation are physical deterioration, functional obsolescence and economic obsolescence. All forms of depreciation must be considered to arrive at a value for the subject property.

Physical deterioration can be defined as a loss in value caused by disintegration, wear and tear, and exposure to the elements. Physical deterioration may be curable or incurable. It may be estimated on the basis of how much it would cost to repair or replace units, limited by what an owner would be justified in investing.

Functional obsolescence is defined as a loss in value caused by factors and conditions within the subject property. Such factors as developments in new technology, changes in design, materials, or process, resulting in inadequacy, excess construction, lack of utility, or excess operating costs, may cause functional obsolescence. For appraisal purposes, functional obsolescence may be divided into two distinguishable parts – Excess Capital Costs and Excess Operating Costs.

Economic obsolescence can be defined as a loss in value caused by unfavorable conditions usually considered external to the subject property. Economic obsolescence may include such factors as local economic conditions, economics of the industry, encroachment of objectionable enterprises, loss of material and/or labor sources, lack of efficient transportation, shifting of a business center, passage of new legislation, changes in ordinances, etc.

Finally, the influence of all three forms of depreciation, physical, functional, and economic is deducted from RCN to arrive at Fair Market Value.

In an appraisal study, all three approaches to value must be considered, as one or more may be applicable to the subject property. For purposes of this assignment, the income approach and cost approach were considered but determined inappropriate for the subject property. The market data has been used throughout.

## VALUATION OF THE MODU NOBLE GLOBETROTTER II

**METHODOLOGY**

In order to value the subject property, the assignment was defined, and data was gathered, analyzed and reviewed to select an appropriate valuation approach.

In performing the assignment, we utilized generally accepted appraisal techniques (GAAT) to determine our conclusions of Fair Market Value for the subject personal property. We considered all three approaches to value: income, market data, and the cost approach.

**INCOME APPROACH**

The Income Approach is based on the theory that an informed purchaser would not pay more for the operating property than the expected returns (cash flows) produced by the property and the associated business with which the properties assets contribute. Inherent in this approach is the fact the income cannot be derived from any single property category or item of property, but all items of property must work in conjunction as an integral income producing entity, i.e., business enterprise. The business enterprise can be defined as an integration of assets, normal working capital, real property, personal tangible property and intangible property. Intangible property, may include copyrights, patents, assembled work force, proprietary technology and know-how, favorable contracts, trade names, licenses and permits, computer software, customer relationships, product formulation, training materials and documentation, etc.

For appraisal purposes, the value of the business enterprise, the intangible property, real property, and non-owned property must be separated from the value of the tangible personal property. The allocation of these integrated property values limits the accuracy and reliability of the income approach for this assignment.

Therefore, we considered, but did not rely on the income approach for our conclusion of value.

**COST APPROACH**

The Cost Approach is based on the principle of substitution. That principle assumes a buyer will not pay more for an existing property than it would cost to construct a replacement. The purpose of the reductions for depreciation from physical deterioration, functional and economic obsolescence, is to indicate the loss in value in the existing property due to its deficiencies when compared to a possible new replacement.

The Cost Approach establishes value based on the cost of reproducing or replacing the assets, less depreciation from physical deterioration and functional and economic obsolescence, if any. Replacement Cost New (RCN) is defined as the current cost new of a similar new property having the nearest equivalent utility as the property being appraised. Replacement Cost New as a basis for our analysis when using the cost approach.

The next step using the cost approach is to determine the effect of all three forms of depreciation and/or obsolescence influencing the value of the subject assets.

**Age/Life Analysis.**

To determine the extent of depreciation affecting the subject property, the age/life method would be used. The age/life method utilizes the ratio of a property's "age" to its "life." This ratio of a property's "'age" to its "life" is one of the most often relied upon methods utilized to measure physical deterioration. The cost approach method is based on an estimate of effective age and economic life.

As used here, "age" is synonymous with "effective age." Effective age is "the apparent age of a property in comparison with new property of like kind; that is, the age indicated by the actual condition of a property." *ASA Valuing Machinery and Equipment, 2000,*

The offshore drilling business has historically been characterized by cycles where periods near 100% utilization generating day rates sufficient to justify building of new units. These 'boom' cycles are followed by periods of low rates where no new building may occur for years at a time. Consequently, the ages of existing drilling units tend to be focused on a few boom cycles where many units were built. These cycles have been a few to several years apart, and technological change along with the expanding challenges required by oil company clients have tended to create some differentiation in design from one new construction period to the next.

Economic life is the period over which an entity expects to be able to use an asset, assuming a normal level of usage and preventive maintenance. The drill ship has an estimated physical life of 20 years. In recent years, the overall average attrition age has significantly declined. The subject property, as of the appraisal date, is 7 years old. See Chart below. This would leave the remaining expected life of drill ship greater the attrition age. Normal annual rates of depreciation could not be accurately relied upon.

The age of the rig, as well as the few sales transactions for similar rigs, factored in our decision to consider but not to rely on the cost or market approaches for our conclusion of value.

## DRILL SHIPS AVERAGE ATTRITRION AGE 2015-2020



*Offshore Magazine, November 5, 2020*

**MARKET DATA APPROACH**

The Market Data Approach compares functionally similar items that have sold or are currently offered for sale in the marketplace, with the subject. By comparing the subject MODU appraised with similar drill units which have recently sold, an estimate can be made of the value. Within these comparable items there may be pertinent factors of comparison which include drill capacity, design type, structural configuration, age, condition, and date of sale, when applicable. These factors may be considered in arriving at an adjusted value for the subject MODU.

The Market Data Approach requires the judgment and ability of the appraiser to evaluate a specific unit of similar property, as well as experience in anticipating what could happen under a given set of circumstances. These circumstances ideally are based upon actual sales, with adjustments made for condition, quality, desirability, inflation, location, and degree of specialization and/or modification.

Marketability of the property is also a determinant of value. Marketability, as a measure of demand, is approximated through recent sales of comparable items of equipment. When actual sales are not available, relationships are often established based upon prices for comparable units of similar property with applicable adjustments. Thus, active markets and market transactions are an important source and indicator of value for the particular items designated in this appraisal.

We investigated and analyzed many various sources of market and offering price data reflecting the different Value or range of Values, being sold or offered for sale by buyers and sellers of similar property. Obviously, there is not one source or market that influences the value of all the property appraised. Furthermore, there is not one source or market that influences the value of a single unit.

Our investigations included obtaining published and unpublished data, direct phone calls and personal conversations with purchasers, sellers, and users. Our sources included, Rigzone, Offshore Magazine, ODS-Petrodata, RigLogix, and others.

A necessary component of the market data approach is the existence of an active market from which reliable data can be obtained. Having determined the existence of such a market, a valuation analysis can be performed with regard to the market price paid for items of like kind, quality, and condition. In order to determine sales prices or offering prices of comparable properties, we investigated national as well as international markets.

There is an active market for these rigs and rig components, but few comparable sales. The comparable transactions relied upon for the valuation analysis is presented below

The **Vitoria 10000** is 227,8 meters long, with a breadth of 42 meters built by Samsung Heavy Industries in 2010. The Vitoria 10000 was sold at auction for $15,000,000 in October 2019.

Constructed in 2011, the **Bully 1 and 2** rig design features a compact box-type drilling tower, instead of a conventional derrick. The tower is designed to maximize productivity and safety yet allow for a smaller vessel compared to other deepwater drill ships of similar capacity. Noble received approximately $59 million in cash from Shell for half interests in each vessel. This ultimately records a sale price of $59,000,000 for each MODU.

**Deep Value Driller** is to purchase the 2014-built ultra-deepwater drillship Bolette Dolphin from a group of creditors for USD 65 million. The rig, which was originally ordered by Dolphin Drilling, is currently idle in Norway. Bassoe Rig Values had estimated the value of the rig to be in the range of USD 54 million to USD 63 million.

During recent years there have been quite a few comparable drill ships retired or sold for scrap. A summary is shown below.

| RIG NAME | RIG MANAGER/OWNER | YR BUILT | RETIRED DATE | COST US $MM |
|---|---|---|---|---|
| PACIFIC BORA | PACIFIC DRILLING LTD | 2011 | 12-Apr-21 | $600 |
| PACIFIC MISTRAL | PACIFIC DRILLING LTD | 2011 | 12-Apr-21 | $600 |
| OCEAN RIG SANTORINI | SAMSUNG HEAVY IND. | 2020 | 23-Jan-21 | $550 |
| OCEAN RIG CRETE | SAMSUNG HEAVY IND. | 2020 | 23-Jan-21 | $550 |
| TITANIUM EXPLORER | VANTAGE DRILLING | 2012 | 23-Jan-21 | $750 |
| PACIFIC MELTEM | PACIFIC DRILLING | 2014 | 25-Nov-20 | $600 |
| TUNGSTEN EXPLORER | VANTAGE DRILLING | 2012 | 3-Nov-20 | $750 |
| VALARIS DS-3 | VALARIS | 2010 | 3-Nov-20 | $730 |
| VALARIS DS-5 | VALARIS | 2011 | 3-Nov-20 | $720 |
| VALARIS DS-6 | VALARIS | 2012 | 3-Nov-20 | $745 |
| BULLY I | NOBLE DRILLING | 2011 | 13-Oct-20 | $600 |
| BULLY II | NOBLE DRILLING | 2011 | 13-Oct-20 | $600 |
| DALIAN DEVELOPER (ZHONG YUAN 110) | DALIAN DEEPWATER DEVELOPER LTD | 2015 | 29-Jun-20 | $561 |
| VALARIS DS-9 | VALARIS | 2015 | 19-Apr-20 | $645 |
| OCEAN RIG APOLLO | TRANSOCEAN | 2015 | 4-Apr-20 | $755 |
| VALARIS RELIANCE | VALARIS | 2013 | 6-Nov-19 | $600 |
| DISCOVERER ENTERPRISE | TRANSOCEAN | 1998 | 6-Nov-19 | $360 |
| DISCOVERER SPIRIT | TRANSOCEAN | 1999 | 6-Nov-19 | $380 |
| DISCOVERER DEEP SEAS. | TRANSOCEAN | 2000 | 6-Nov-19 | $400 |
| VITORIA 10000 | PETROBRAS | 2010 | 22-Oct-19 | $550 |
| DISCOVERER AMERICAS | TRANSOCEAN | 2008 | 3-Aug-19 | $615 |
| DISCOVERER CLEAR LEADER | TRANSOCEAN | 2008 | 26-Mar-19 | $650 |
| OCEAN RIG ATHENA | TRANSOCEAN | 2013 | 23-Mar-19 | $608 |
| BOLETTE DOLPHIN | DOLPHIN DRILLING | 2013 | 21-Feb-19 | $615 |
| VALARIS DS-11 | VALARIS | 2012 | 9-Dec-18 | $600 |

The number rigs forced out of the market along with the few rig transactions provided an accurate base I which to analyze the market and estimate a reliable value. Therefore, we relied on the market information as a basis for this appraisal.

NOBLE GLOBETROTTER II (IMO: 9600786) is a sixth generation ultra-deepwater
Drill Ship that was built in 2012 (9 years ago) and is sailing under the flag of Liberia.

**CONCLUSION**

In reaching our conclusions of values, we considered the market data approach, cost approach, and the income approach to value the subject property. Our appraisal is based upon the conditions outlined herein dependent on apparent condition, specification, and marketability of the MODU, as of the effective date of appraisal. It is our opinion that the Estimated Fair Market Values of the designated MODU can be reasonably represented in the amounts shown below:

**ESTIMATED FAIR MARKET VALUE** (without hurricane damage), as is where is, on August 26, 2021, pre storm passage.

## USD $65,000,000.00

**ESTIMATED FAIR MARKET VALUE** (allowing for hurricane damage), as is where is, on September 6, 2021 post storm passage.

## USD $39,619,275.00

*THIS REPORT SUBMITTED WITHOUT PREJUDICE*

MOORE/BRYAN                                                   JFMoore Group

J. Michael Clarkson, ASA                                      J.F. Moore II
Accredited Senior Appraiser                                   Group CEO
American Society of Appraisers
Machinery/Technical Specialties

QUALIFICATIONS OF J. MICHAEL CLARKSON

| | |
|---|---|
| PRESENT | President, Technical Valuation Services, Inc., specializing in the valuation of machinery and equipment for all applications |
| PRIOR | National Director, Machinery & Equipment Appraisal Services, BDO Seidman |
| | Regional Manager, Appraisal Services, Arthur Andersen, specializing in the valuation of machinery and equipment |

AREA OF SPECIAL COMPETENCE

Machinery and Equipment Appraisals

Actively engaged in manufacturing and business asset appraisals since 1978 Responsibilities have been the preparation and supervision of major appraisals for retail, inventory, manufacturing and construction trades.

Appraisals performed worldwide for litigation support, financing, business planning, federal and state tax, and insurance.

EDUCATION

B.B.A., Finance and Economics - Southern Methodist University, 1971

M.B.A., Finance and Accounting - The University of Houston, 1987

PROFESSIONAL MEMBERSHIP

American Society of Appraisers, Accredited Senior Appraiser, Machinery and Technical Specialties Discipline

Institute for Professionals in Taxation

International Association of Assessing Officers

Texas Association of Property Tax Professionals

PROFESSIONAL ACTIVITIES

Certified Instructor of Machinery and Technical Specialties Appraisal courses for American Society of Appraisers

Licensed Senior Tax Consultant, State of Texas

Editor, "The M & E Appraiser", newsletter of The International Machinery and Technical Specialties Committee, American Society of Appraisers (91-93)

Treasurer, International Machinery and Technical Specialties Committee, American Society of Appraisers (93-97)

Vice Chairman, International Machinery and Technical Specialties Committee, American Society of Appraisers (97-99)

Chapter President, American Society of Appraisers Austin Chapter (97-00)

# STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS

This appraisal report has been made with the following assumptions and limiting conditions:

1. Neither MOORE/BRYAN, nor any individuals signing or associated with this report, as any present or contemplated future interest in the assets appraised.

2. Neither our employment nor our compensation in connection with this report is in any way contingent upon the conclusions reached or Value estimated.

3. Information furnished by The Client and/or others, upon which all or portions of this report are based, is believed to be reliable, but has not been verified in all cases. No warranty is given as to the accuracy of such information.

4. This report has been made only for the purpose stated and shall not be used for any other purpose. Neither this report nor any portions thereof (including without limitation any conclusions as to value, the identity of MOORE/BRYAN or any individuals signing or associated with this report, or the professional associations or organizations with which they are affiliated) shall be disseminated to third parties by any means without the prior written consent and approval of MOORE/BRYAN

5. This appraisal report cannot be included, or referred to, in any Securities and Exchange Commission filings or other public documents.

6. In the event MOORE/BRYAN or any individual signing or associated with this report shall be requested to give further consultation, provide testimony, or appear in court or other legal proceeding, specific arrangements under the then-prevailing fee structure will determine the price of these services as dictated by the nature of these proceedings.

7. The allocation, if any, in this report of the total valuation between components of the assets applies only to the program of utilization stated in this report. The separate Value for any component may not be applicable for any other purpose and must not be used in conjunction with any other appraisal

8. No investigation has been made of, and no responsibility is assumed for, the legal description or for legal matters, including title or encumbrances. Title to the assets is assumed to be good and marketable unless otherwise stated. The assets are further assumed to be free and clear of any or all liens, easements, or encumbrances unless otherwise stated.

9. The appraised value is predicated on the financial structure prevailing as of the date of this report.

10. No responsibility is taken for changes in market conditions and no obligation is assumed to revise this report to reflect events or conditions that occur subsequent to the date hereof.

11. Responsible ownership and competent asset management are assumed.

12. Full compliance with all applicable federal, state, and local zoning, use, environmental, and similar laws and regulations is assumed, unless otherwise stated.

13. It is assumed that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimate contained in this report is based.

14. No consideration has been made for the existence of any potentially hazardous materials used in the construction or maintenance of the subject, such as the presence of urea formaldehyde foam insulation, asbestos and/or any other toxic substance which may or may not be present in the subject assets. The appraisers have made no inspection for toxic or carcinogenic materials, nor are we qualified to detect such substances. An expert in this field should be retained if desired.

15. MOORE/BRYAN maximum liability relating to services rendered under this letter (regardless of form of action, whether in contract, negligence or otherwise) shall be limited to the charges paid to MOORE/BRYAN for the portion of its services or work products giving rise to liability. In no event shall MOORE/BRYAN be liable for consequential, special, incidental or punitive loss, damage or expense (including, without limitation, lost profits, opportunity costs, etc.) even if it has been advised of their possible existence.

16. The date of analysis on which the conclusion and opinion expressed in this report apply is set forth in the letter of transmittal. Our value opinion is based on the purchasing power of the United States dollar as of this date.

17. The Client shall indemnify and hold harmless MOORE/BRYAN and its personnel from and against any claims, liabilities, costs and expenses (including, without limitation, attorneys' fees and the time of MOORE/BRYAN personnel involved) brought against, paid or incurred by MOORE/BRYAN at any time and in any way arising out of or relating to services provided by MOORE/BRYAN under this letter, except to the extent finally determined to have resulted from the gross negligence or willful misconduct of MOORE/BRYAN personnel. This provision shall survive the termination of this agreement.

## CERTIFICATION

1. I certify that, to the best of my knowledge and belief the statements of fact contained in the report are true and correct.

2. The reported analyses, opinions and conclusions are limited only by the reported assumptions and limiting conditions, and is my personal, unbiased professional analyses, opinions, and conclusions.

3. I have no present or prospective interest in the property that is the subject of this report and I have no personal interest or bias with respect to the parties involved.

4. Our compensation is not contingent on an action or event resulting from the analyses, opinions, or conclusions in, or the use of, this report.

5. MOORE/BRYAN personnel did inspect the subject property of this report.

6. This appraisal report has been made in conformity with and is subject to the requirement of the Uniform Standards of Professional Appraisal Practice and the American Society of Appraisers.