

Assuranceforeningen Skuld
(Gjensidig)
P.O.Box 1376 Vika
0114 Oslo, Norway

Visiting address:
Rådhusgaten 27, 0158 Oslo

Reg.no. 938 419 531

Tel +47 22 00 22 00
osl@skuld.com

www.skuld.com

Oslo, February 24, 2022

Clerk of Court
United States District Court
Western District of Louisiana
800 Lafayette Street, Suite 1200
Lafayette, Louisiana 70501

Re:   IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II*

**LETTER OF UNDERTAKING**

Dear Sir or Madame:

Certain parties have or may in the future claim to have sustained damage and/or seek recovery in relation to the voyage of the *GLOBETROTTER II* on or about August 29, 2021, as more fully described by the facts and circumstances set forth in the Verified Complaint in Limitation, and as a result have filed or may cause to be filed actions and claims under the laws of the United States, the General Maritime Law, and/or the laws of a State alleging the entitlement for damages and/or recovery resulting from the aforementioned incident.

To support the filing of an action for Exoneration from or Limitation of Liability, as required by 46 U.S.C. § 30501 *et seq.*, plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig) hereby agree to the following:

1.   Plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig), in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claim, herewith file with this Court this undertaking in the sum and amount of THIRTY-NINE MILLION, SIX HUNDRED NINTEEN THOUSAND, TWO HUNDRED SEVENTY-FIVE 00/100 ($39,619,275.00) U.S. DOLLARS, with interest thereon at six percent (6%) per annum from the date hereof for the benefit of claimants.

2.   Plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig), hereby undertake jointly, severally and *in solido*, in the sum and amount of THIRTY-NINE MILLION, SIX HUNDRED NINTEEN THOUSAND, TWO HUNDRED SEVENTY-FIVE 00/100 ($39,619,275.00) U.S. DOLLARS, with interest thereon at six percent (6%) per annum from the date hereof, that plaintiffs in limitation and Assuranceforeningen SKULD (Gjensidig) will abide by the further orders of the Court and pay into the Court Registry whenever the Court shall order, a sum equal to the amount or value of plaintiffs in limitation interest in said vessel and pending freights, or in the event of appraisal, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

**SKULD**

Case 6:22-cv-00566-RRS-CBW   Document 1-4   Filed 02/25/22   Page 2 of 2 PageID #: 31



3.  Upon demand and upon Order of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount of THIRTY-NINE MILLION, SIX HUNDRED NINTEEN THOUSAND, TWO HUNDRED SEVENTY-FIVE 00/100 ($39,619,275.00) U.S. DOLLARS, with interest thereon at six percent (6%) per annum. In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

It is understood and agreed that the execution of this letter by Bjørn Flåm, on behalf of the undersigned, Assuranceforeningen SKULD (Gjensidig), shall not be construed as binding upon the individual or of any other entity, but is binding only upon the undersigned Assuranceforeningen SKULD (Gjensidig).

Yours faithfully

Bjørn Flåm
Senior Vice President, Senior Advisor
SKULD

Page 2                                                                                                                                    SKULD