UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION<br><br>NO.<br><br>SECTION<br><br>JUDGE<br><br>MAGISTRATE |

**LIST OF POTENTIAL CLAIMANTS**

Petitioners, Bully 1 (Switzerland) GmbH and Noble Drilling (U.S.) LLC, pursuant to Rule F(6) of the Supplemental Rules for Admiralty or Maritime Claims, provide the following information to the potential claimants known to it at this time.

1. Shell Oil Company

    (a) Thomas P. Diaz
    Liskow & Lewis, APLC
    701 Poydras Street, Suite 5000
    New Orleans Louisiana 70139
    504-556-4165

    Michael A. Golemi
    Liskow & Lewis, APLC
    1001 Fannin Street, Suite 1800
    Houston, Texas 77002
    713-651-2914

    (b) Nature of Claim: Alleged reimbursement, indemnification, and/or contribution from Noble Drilling (U.S.) LLC for alleged injuries to Noble employees.

    (c) Amount of Claim: Unspecified.

2. Shuler P. Alexander

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

   (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

   (c) Amount of Claim: Unspecified.

3. Christian P. Boutin

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

   (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

   (c) Amount of Claim: Unspecified.

4. Michael J. Brunner

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

   (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

   (c) Amount of Claim: Unspecified.

5. Eric Coleman

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

   (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

   (c) Amount of Claim: Unspecified.

6. Thomas D. Hext

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

   (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

   (c) Amount of Claim: Unspecified.

7. Howell C. McIntyre

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

   (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

   (c) Amount of Claim: Unspecified.

8. Matthew R. Smith

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

   (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

   (c) Amount of Claim: Unspecified.

9. Blake Thomas

   (a) Matt Shaffer
   Schechter, Shaffer & Harris, LLP
   3200 Travis Street, Third Floor
   Houston, TX 77006
   713-524-3500

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

10. Eric Clapp

    (a) Matt Shaffer
        Schechter, Shaffer & Harris, LLP
        3200 Travis Street, Third Floor
        Houston, TX 77006
        713-524-3500

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

11. Derrick Brooks

    (a) John P. Roy
        Domengeaux, Wright, Roy & Edwards
        556 Jefferson Street, Suite 500
        Post Office Box 3668
        Lafayette, Louisiana 70502
        337-233-3033

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

12. Edward Simon

    (a) John P. Roy
        Domengeaux, Wright, Roy & Edwards
        556 Jefferson Street, Suite 500
        Post Office Box 3668
        Lafayette, Louisiana 70502
        337-233-3033

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

13. John Smith

    (a) Jerome H. Moroux
        Broussard & David

       557 Jefferson Street
       Lafayette, Louisiana 70501
       337-233-2323

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

14. Richard "Patrick" Riley

  (a) Jerome H. Moroux
       Broussard & David
       557 Jefferson Street
       Lafayette, Louisiana 70501
       337-233-2323

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

15. Blaythe Painter

  (a) Jonathan L. Woods
       Randazzo, Giglio & Bailey LLC
       900 E. Saint Mary Blvd., Suite 200
       Lafayette, Louisiana 70503
       337-291-4900

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

16. Jared Regan

  (a) J. Craig Jones
       Craig Ray Hill
       Jones & Hill, LLC
       131 Highway 165 S
       Oakdale, Louisiana 71463
       318-707-0515

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

17. John Guidry

    (a) J. Craig Jones
    Craig Ray Hill
    Jones & Hill, LLC
    131 Highway 165 S
    Oakdale, Louisiana 71463
    318-707-0515

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

18. Yury Remedio

    (a) Lawrence N. Curtis
    300 Rue Beauregard Building C
    Lafayette, LA 70508
    337-366-8317

    and

    Jerome H. Moroux
    Broussard & David
    557 Jefferson Street
    Lafayette, Louisiana 70501
    337-233-2323

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

19. Steven Cochran

    (a) Kurt B. Arnold
    J. Kyle Findley
    John Grinnan
    Arnold & Itkin LLP
    6009 Memorial Drive
    Houston, Texas 77007
    713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

20. Christopher Davis

    (a) Frank E. Lamothe III
        Lamothe Law Firm LLC
        400 Poydras Street, Suite 1760
        New Orleans, Louisiana 70130
        504-704-1414

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

21. Jeffrey Edwards

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

22. Joshua Flowers

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

23. Brandon Freeman

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan

      Arnold & Itkin LLP
      6009 Memorial Drive
      Houston, Texas 77007
      713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

24. Diego Gonzalez

  (a) Kurt B. Arnold
      J. Kyle Findley
      John Grinnan
      Arnold & Itkin LLP
      6009 Memorial Drive
      Houston, Texas 77007
      713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

25. Chris Hefferan

  (a) Kurt B. Arnold
      J. Kyle Findley
      John Grinnan
      Arnold & Itkin LLP
      6009 Memorial Drive
      Houston, Texas 77007
      713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

26. Tanner Littlefield

  (a) Kurt B. Arnold
      J. Kyle Findley
      John Grinnan
      Arnold & Itkin LLP
      6009 Memorial Drive
      Houston, Texas 77007
      713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

27. Josh McDanial

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

28. Jed Muske

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

29. Charles Picard

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

30. Barry Skates

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

31. Jamie Vargas

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

32. Michael Wooley

    (a) Kurt B. Arnold
        J. Kyle Findley
        John Grinnan
        Arnold & Itkin LLP
        6009 Memorial Drive
        Houston, Texas 77007
        713-222-3800

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

    (c) Amount of Claim: Unspecified.

33. Dedren Bradley

    (a) Kurt B. Arnold

      J. Kyle Findley
      John Grinnan
      Arnold & Itkin LLP
      6009 Memorial Drive
      Houston, Texas 77007
      713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

34. Harold Calais

  (a) Kurt B. Arnold
      J. Kyle Findley
      John Grinnan
      Arnold & Itkin LLP
      6009 Memorial Drive
      Houston, Texas 77007
      713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

35. Jose Carrivales

  (a) Kurt B. Arnold
      J. Kyle Findley
      John Grinnan
      Arnold & Itkin LLP
      6009 Memorial Drive
      Houston, Texas 77007
      713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

36. Ernest Kellar

  (a) Kurt B. Arnold
      J. Kyle Findley
      John Grinnan
      Arnold & Itkin LLP
      6009 Memorial Drive

      Houston, Texas 77007
      713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

37. Ryan Ramsay

  (a) Kurt B. Arnold
     J. Kyle Findley
     John Grinnan
     Arnold & Itkin LLP
     6009 Memorial Drive
     Houston, Texas 77007
     713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

38. John Taranto, Jr.

  (a) Kurt B. Arnold
     J. Kyle Findley
     John Grinnan
     Arnold & Itkin LLP
     6009 Memorial Drive
     Houston, Texas 77007
     713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries.

  (c) Amount of Claim: Unspecified.

39. James Worbington

  (a) Kurt B. Arnold
     J. Kyle Findley
     John Grinnan
     Arnold & Itkin LLP
     6009 Memorial Drive
     Houston, Texas 77007
     713-222-3800

  (b) Nature of Claim: Negligence claim stemming from alleged personal injuries

(c) Amount of Claim: Unspecified.

40. Brian Barfield

    (a) W. Corey Grimley
        The Glenn Armentor Law Corporation
        300 Stewart Street
        Lafayette, Louisiana 70501
        337-233-1471

    (b) Nature of Claim: Negligence claim stemming from alleged personal injuries

    (c) Amount of Claim: Unspecified.

Petitioner reserves the right to amend this Information to Potential Claimants as the investigation of this event is in its early stages and ongoing.

Respectfully submitted:

**KEAN MILLER LLP**

  */s/ Robert Kallam*
**ROBERT M. KALLAM (TX #24034175; LA #20242)**
**TAYLOR ASHWORTH (LA #39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

**TIMOTHY WAYNE STRICKLAND (TX #19396298)**
**STACEY TYREE NORSTRUD (TX #24025363)**
*Pro hac to be applied for*
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000

**BRADLEY J. SCHLOTTERER (LA #24211)**
**SEAN T. McLAUGHLIN (LA #31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: (504) 585-3050

AND

**NEUNERPATE**

**JEFFREY CORIEL (LA # 32405)**
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503
Telephone: (337) 237-7000

ATTORNEYS FOR BULLY 1 (SWITZERLAND) GMBH AND NOBLE DRILLING (U.S.) LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 25th day of February 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

/s/ Robert Kallam