UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION<br><br>NO.<br><br>SECTION<br><br>JUDGE<br><br>MAGISTRATE |

### VERIFICATION

STATE OF TEXAS
COUNTY OF FORT BEND

    I, Blake A. Denton, after being duly sworn did state the following:

    I am the President of Noble Drilling (U.S.) LLC.  I have read the attached Verified Complaint for Exoneration from or Limitation of Liability and I have knowledge of the facts and circumstances regarding the incident referenced therein.  The allegations in the attached Verified Complaint for Exoneration from or Limitation of Liability are true and correct to the best of my knowledge, information, and belief.

_____<br>Blake A. Denton

Sworn to and subscribed before me this ___ day of February 2022.

_____
Notary Public

BRENDA STRUCKHOFF
Notary ID #126894057
My Commission Expires
May 8, 2025