UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION<br><br>NO.<br><br>SECTION<br><br>JUDGE<br><br>MAGISTRATE |

## VERIFICATION

COUNTRY OF SWITZERLAND
BAAR, CANTON OF ZUG

I, Caroline Cho, after being duly sworn did state the following:

I am a Managing Officer of Bully 1 (Switzerland) GmbH. I have read the attached Verified Complaint for Exoneration from or Limitation of Liability and I have knowledge of the facts and circumstances regarding the incident referenced therein. The allegations in the attached Verified Complaint for Exoneration from or Limitation of Liability are true and correct to the best of my knowledge, information, and belief.

_____
Caroline Cho

**Official Certification**

The authenticity of the signature of

| | |
|---|---|
| Surname | Cho |
| Given names | Caroline Yu Gin |
| Date of birth / Sex | 29.10.1982 / F |
| Place of origin / Nationality | Flurlingen ZH, Switzerland |
| Residence (according to own information) | Thalwil ZH, Switzerland |
| Legitimation / Country of issue | Identity-Card Nr. C9744957 / CHE |

is certified.

Baar, 23.02.2022

Einwohnergemeinde Baar

Fabienne Brunner
Certification Person