UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION<br><br>NO.:<br><br>JUDGE<br><br>MAGISTRATE |

## *AD INTERIM* STIPULATION FOR VALUE

**WHEREAS**, Bully 1 (Switzerland) GmbH (hereinafter referred to as "Bully 1"), as Owner, and Noble Drilling (U.S.) LLC (hereinafter referred to as "Noble Drilling"), as Owner *Pro Hac Vice,* of the *GLOBETROTTER II* (collectively referred to as "Petitioners"), have commenced an action in this Honorable Court for exoneration from or limitation of liability, in respect to any and all losses, damages, injuries and destruction done or occasioned as a result of the voyage of the *GLOBETROTTER II* on or about August 29, 2021 in Mississippi Canyon Block 809 in the Gulf of Mexico as more fully set forth in the Complaint filed herewith; and

**WHEREAS**, Petitioners wish to prevent the commencement or prosecution of any and all suits, actions or legal proceedings of any nature or description whatsoever in any and all courts, except in this proceeding, and also wish to provide an *Ad Interim* Stipulation for Value as security for the benefit of all claimants, pending such due appraisement of the value of Petitioners' interest in said Vessel and her pending freight as the Court may hereafter order;

**WHEREAS**, Petitioners have accompanied this *Ad Interim* Stipulation for Value with a properly executed Letter of Undertaking guaranteeing such payment;

**NOW, THEREFORE**, Petitioners, Bully 1 and Noble Drilling, hereby undertake the sum of THIRTY-NINE MILLION, SIX HUNDRED NINTEEN THOUSAND, TWO HUNDRED SEVENTY-FIVE 00/100 ($39,619,275.00) U.S. DOLLARS, in addition to the applicable interest rate per annum from the date hereof, that Petitioners will abide by the further orders of the Court herein, and will pay into the Court, whenever the Court shall so order, the amount of value of Petitioners' interest in the *GLOBETROTTER II*, and her pending freight, if any, in addition to the applicable interest rate per annum from the date hereof, or will file in this proceeding a bond with approved surety in the usual form and set amount, with interest at the applicable interest rate per annum from the date hereof, and that, pending the payment of the amount of Petitioners' interest in the Vessel and her pending freight, if any, or the giving of a Stipulation for Value therefore, this *Ad Interim* Stipulation for Value, accompanied by the properly executed Letter of Undertaking from Assuranceforeningen SKULD (Gjensidig), shall stand as security for all claims filed in this proceeding.

If this *Ad Interim* Stipulation, accompanied by the properly executed Letter of Undertaking, is found sufficient in value on order of this Honorable Court after appraisement, or the amount thereof is not contested by any Claimant herein, Petitioners agree that said *Ad Interim* Stipulation accompanied by the properly executed Letter of Undertaking, may stand as and in place of a Stipulation for Value in that all liabilities shall attach under said *Ad Interim* Stipulation, accompanied by the properly executed Letter of Undertaking, with the same force and effect as if a Stipulation of Value in like amount were filed.

The condition of this *Ad Interim* Stipulation is such that if Petitioners shall abide by all orders of the Court, interlocutory or final, and pay the amount awarded by final judgment rendered

by this Court, or by any appellate court if an appeal intervenes, up to the principal amount of this

*Ad Interim Stipulation of Value,* with interest as aforesaid.

    Executed this 25th day of February 2022.

                  Respectfully submitted:

                  **KEAN MILLER LLP**

                  __/s/ Robert Kallam__
                  **ROBERT M. KALLAM (TX #24034175; LA #20242)**
                  **TAYLOR ASHWORTH (LA #39404)**
                  600 Jefferson Street, Suite 1101
                  Lafayette, Louisiana 70501
                  Telephone: (337) 235-2232

                  **TIMOTHY WAYNE STRICKLAND (TX #19396298)**
                  **STACEY TYREE NORSTRUD (TX #24025363)**
                  *Pro hac to be applied for*
                  711 Louisiana Street, Suite 1800
                  Houston, Texas 77002
                  Telephone: (713) 844-3000

                  **BRADLEY J. SCHLOTTERER (LA #24211)**
                  **SEAN T. McLAUGHLIN (LA #31870)**
                  First Bank and Trust Tower
                  909 Poydras Street, Suite 3600
                  New Orleans, Louisiana 70112
                  Telephone: (504) 585-3050

                  AND

                  **NEUNERPATE**

                  **JEFFREY CORIEL (LA #32405)**
                  **NEUNER PATE, LLP**
                  One Petroleum Center
                  1001 West Pinhook Road, Suite 200
                  Lafayette, LA 70503
                  Telephone: (337) 237-7000

                  ATTORNEYS FOR BULLY 1 (SWITZERLAND) GMBH AND
                  NOBLE DRILLING (U.S.) LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 25th day of February 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

>  */s/ Robert Kallam*