# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION<br><br>NO.:<br><br>DISTRICT JUDGE<br><br>MAGISTRATE JUDGE |

## NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is given that Bully 1 (Switzerland) GmbH (hereinafter referred to as "Bully 1"), as Owner, and Noble Drilling (U.S.) LLC (hereinafter referred to as "Noble Drilling"), as Owner *Pro Hac Vice*, of the *GLOBETROTTER II* (collectively referred to as "Petitioners") have filed a Complaint, claiming the right to limitation of and/or exoneration from liability for all claims arising out of the voyage on which the *GLOBETROTTER II* was engaged on or about August 29, 2021, in the Gulf of Mexico off of the Louisiana Coast.

All persons having such claims must file them as provided in Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rule of Civil Procedure, with the Clerk of Court, U.S. District Court, Western District of Louisiana, Lafayette Division, 800 Lafayette St., Suite 1200, Lafayette, Louisiana 70501, and serve on or mail to the attorneys for Petitioners, Timothy W. Strickland and Stacey T. Norstrud, of Kean Miller LLP, 711 Louisiana St., Suite 1800 Houston, Texas 77002; Robert M. Kallam and Taylor Ashworth, of Kean Miller LLP, 600 Jefferson St., Suite 1101, Lafayette, Louisiana 70501; and Bradley J. Schlotterer and Sean T. McLaughlin, of Kean Miller LLP, 909 Poydras, Suite 3600, New Orleans, Louisiana 70112, copies

2

thereof, on or before the ___14th____ day of _____April_____, 2022, or be defaulted. Personal attendance is not required.

Any claimant desiring to contest either the right of petitioners to limitation of and/or exoneration from liability must file an Answer to said Complaint as required by the aforesaid Supplemental Rule F and serve on or mail to the Petitioners' attorneys, a copy, unless the claim has included an Answer.

Lafayette, Louisiana, this __4th_____ day of _____~~April~~_March_____ 2022.

_____
**Deputy Clerk of Court**