UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION NO. 22-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE CAROL B. WHITEHURST |

**MOTION TO APPEAR *PRO HAC VICE***

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made to be admitted Pro Hac Vice to the bar of this court to appear on behalf of Defendants in the above described action.

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the Supreme Court of the State of Texas, which is the highest court of such state. Attached hereto is a certificate of good standing from such court.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Robert M. Kallam of the firm KEAN MILLER LLP is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of Judgments and order to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail.  I understand that electronic mail file software (SPAM filer) may interfere with receipt of e-mail notices and have certified that any such software installed on my computer or network will not filter our messages send from Clerk@lawd.uscourts.gov.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

        Respectfully submitted:

        S/ROBERT M. KALLAM_____
        ROBERT M. KALLAM (#20242)
        BRIAN J. LINDSEY (#35989)
        KEAN MILLER LLP
        600 Jefferson Street, Suite 1101
        Lafayette, La  70501
        Telephone:  337-235-2232
        E-Mail: Robert.Kallam@Keanmiller.Com
        Brian.Lindsey@Keanmiller.Com

AND


S/TIMOTHY W. STRICKLAND
TIMOTHY W. STRICKLAND  (Pro Hac Vice forthcoming)
TX State Bar No. 19396298
Federal ID: 13820
KEAN MILLER LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (713) 844-3000
Facsimile: (713) 844-3030
Tim.Strickland@keanmiller.com


**ATTORNEYS FOR PLAINTIFFS**


**CERTIFICATE OF SERVICE**

I Hereby certify that on this 5th day of April, 2022, Motion for *Pro Hac Vice* has been filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*S/ROBERT M. KALLAM*
ROBERT M. KALLAM