UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION NO. 22-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE CAROL B. WHITEHURST |

ORDER GRANTING ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that TIMOTHY W. STRICKLAND is hereby admitted to the bar of this Court pro half vice on behalf of Defendants in the above described action.

Signed _____, 2022.

_____
JUDGE PRESIDING

4