AND

*[signature]*

TIMOTHY W. STRICKLAND (Pro Hac Vice forthcoming)
TX State Bar No. 19396298
Federal ID: 13820
KEAN MILLER LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (713) 844-3000
Facsimile: (713) 844-3030
Tim.Strickland@keanmiller.com

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

I Hereby certify that on this 5th day of April, 2022, Motion for *Pro Hac Vice* has been filed electronically. Notice of this filing was sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

S/ROBERT M. KALLAM
ROBERT M. KALLAM

3