certified that any such software installed on my computer or network will not filter our messages send from.  I understand this electronic notice will be in lieu of notice by any other means.  I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

Respectfully submitted:

S/ROBERT M. KALLAM
ROBERT M. KALLAM (#20242)
BRIAN J. LINDSEY (#35989)
KEAN MILLER LLP
600 Jefferson Street, Suite 1101
Lafayette, La  70501
Telephone:  337-235-2232
E-Mail: Robert.Kallam@Keanmiller.Com
Brian.Lindsey@Keanmiller.Com

AND

STACEY T. NORSTRUD (Pro Hac Vice forthcoming)
TX State Bar No. 24025363
Federal ID:32013
KEAN MILLER LLP
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Phone: (713) 844-3000
Facsimile: (713) 844-3030