

# THE REPUBLIC OF LIBERIA
## LIBERIA MARITIME AUTHORITY

99 Park Avenue, Suite 830
New York, NY, 10016, USA
Tel: +1 212 697 3434
Fax: +1 212 697 5655
E-mail: registrations@liscr.com
Website: www.liscr.com

## CERTIFICATE OF OWNERSHIP AND ENCUMBRANCE

of a vessel registered under the Liberian Flag

IT IS HEREBY CERTIFIED THAT as of August 28th, 2021 at 11:59:00 PM, E.D.S.T, according to the records of the Office of the Deputy Commissioner of Maritime Affairs of the Republic of Liberia, the vessel described hereunder:

| | | | |
|---|---|---|---|
| **VESSEL NAME:** NOBLE GLOBETROTTER II | | **OFFICIAL NUMBER:** | 15112 |
| **IMO NUMBER:** 9600786 | **TYPE:** Drillship | **CALL SIGN:** | A8YR2 |
| **DATE OF REGISTRATION:** July 23rd, 2012 | **GROSS TONS:** 35676 | **NET TONS:** | 10702 |
| **BUILT AT:** CHINA | | **IN:** | 2012 |
| **PRESENT CERTIFICATE OF REGISTRY NUMBER:** 310-20-NYC | **ISSUED:** | May 20th, 2020 | |

is owned by:

| NAME | RESIDENCE | CITIZENSHIP | PROPORTION |
|---|---|---|---|
| BULLY 1 (SWITZERLAND) GMBH (Foreign Maritime Entity) | MONROVIA, LIBERIA | Switzerland | 100.00% |

AND THAT there are on record in this office the following mortgages, liens or other encumbrances:

First Preferred Ship Mortgage dated 05 February 2021, granted by BULLY 1 (SWITZERLAND) GMBH to JPMORGAN CHASE BANK, N.A., as collateral agent and security trustee in the total amount of One Billion Three Hundred Fifty Million and No/100 United States Dollars (USD $1,350,000,000) under the Credit Agreement, the Guaranty and Collateral Agreement, any other Credit Documents, the Specified Swap Agreements, and any Specified Cash Management Obligations, plus interest, expenses, and fees; recorded on 05 February 2021 at 6:29:00 PM, E.S.T. in Book PM 73 at Page 191.

Preferred Ship Mortgage dated 05 February 2021, granted by BULLY 1 (SWITZERLAND) GMBH to U.S. Bank National Association as Collateral Agent and Security Trustee in the total amount of $216,000,000 under the Indenture and other Parity Lien Documents, inter alia, plus interest (including PIK Interest (as defined in the Indenture)), premiums, expenses, and fees; recorded on 05 February 2021 at 6:30:00 PM, E.S.T. in Book PM 73 at Page 192.

Issued by the Authority of the Government of the Republic of Liberia at the port of New York, New York, USA on this 18th day of November, 2021 at 04:02 PM, E.D.S.T




Yvonne Clinton
Deputy Commissioner
Maritime Affairs

RLM-223

TID: 23049 - 35181 - 12115 - 59933