UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION NO. 22-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE CAROL B. WHITEHURST |

## ORDER GRANTING ADMISSION *PRO HAC VICE*

IT IS HEREBY ORDERED that TIMOTHY W. STRICKLAND is hereby admitted to the bar of this Court pro half vice on behalf of Defendants in the above described action.

Signed in Chambers on April 6, 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

4