UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE GLOBETROTTER II | § § § § § § | CIVIL ACTION NO. 6:22-CV-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## MOTION FOR MATTHEW D. SHAFFER TO APPEAR *PRO HAC VICE*

In accordance with the local rules for the United States District Court, Western District of Louisiana, application is made for Matthew D. Shaffer to be admitted pro hac vice to the bar of this court to appear on behalf of Respondents/Claimants, Shuler P. Alexander, Christian P. Boutin, Michael J. Brunner, Eric R. Clapp, Eric D. Coleman, Thomas D. Hext, Joseph A. Knight, Howell C. McIntyre, Matthew R. Smith, Blake W. Thomas, and Ryan Colley, in the above described action. Applying attorney, Matthew D. Shaffer, states as follows:

- I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the Southern District of Texas and the bar of the Supreme Court of the State of Texas, which is the highest court of Texas. Attached hereto is a certificate of good standing from the United States District Court for the Southern District of Texas.

- Payment of the applicable fee of $105.00 is made via the court's electronic filing system using Pay.gov.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the local rules for the United States District Court, Western District of Louisiana, Laura B. De La Cruz of the law firm of Schechter, Shaffer & Harris, LLP is appointed as local counsel.

- I authorize the Clerk of Court for the Western District of Louisiana to transmit notice of entries of judgments and orders to me under Fed.R.Civ.P. 77, Fed.R.Cr.P. 49, LR 5.7.10. I also agree to receive notice electronically from other parties and the court via electronic mail. I understand that electronic mail filter software (SPAM filer) may interfere with receipt of e-mail notices and have verified that any such software installed on my computer or network will not filter our messages sent from Clerk@lawd.uscourts.gov. I understand this electronic notice will be in lieu of notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the court's electronic filing system.

        Respectfully submitted,

        */S/ Laura B. De La Cruz*
Signature of Local Counsel,
Laura B. De La Cruz
Louisiana Bar No. 37966
Schechter, Shaffer & Harris, LLP
3200 Travis Street, Third Floor
Houston, Texas 77006
Tel: (713) 524-3500
Fax: (866) 696-5610
Ldelacruz@smslegal.com

-AND-

_____
Signature of Applying Attorney,
Matthew D. Shaffer
Texas Bar No. 18085600
Schechter, Shaffer & Harris, LLP
3200 Travis Street, Third Floor
Houston, Texas 77006
Tel: (713) 524-3500
Fax: (866) 696-5610
Mshaffer@smslegal.com

*Attorneys for Respondents/Claimants,*
*Shuler P. Alexander, Christian P. Boutin, Michael J. Brunner, Eric R. Clapp, Eric D. Coleman, Thomas D. Hext, Joseph A. Knight, Howell C. McIntyre, Matthew R. Smith, Blake W. Thomas, and Ryan Colley*

## **CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing is being filed and served upon all known counsel of record through the Case Management/Electronic Case Filing system of the United States District Court for the Western District of Louisiana in accordance with the Federal Rules of Civil Procedure on this the ___12th___ of April 2022.

Robert M. Kallam
Taylor Brooke Ashworth
Kean Miller LLP
600 Jefferson Street, Suite 1101
Lafayette, LA 70501

Timothy Wayne Strickland
Stacey T. Norstrud
Kean Miller LLP
711 Louisiana Street, Suite 1800
Houston, TX 77002

Bradley J. Schlotterer
Sean T. McLaughlin
Kean Miller LLP
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, LA 70112

Jeffrey K. Coreil
Neuner Pate
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503

Jerome Harold Moroux
Scott Michael Richard
Broussard & David
P.O. Box 3524
Lafayette, LA 70502

David K. Johnson
LA Worker's Comp Corp (BR)
2237 S Acadian Thwy Suite 102
Baton Rouge, LA 70808

John Craig Jones
Jones & Hill
131 Hwy 165 S
Oakdale, LA 71463

Julien Guy Lamothe
Lamothe Law Firm
400 Poydras St., Suite 1760
New Orleans, LA 70130

/S/ *Laura B. De La Cruz*
LAURA B. DE LA CRUZ