UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE GLOBETROTTER II | § § § § § § § | CIVIL ACTION NO. 6:22-CV-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

### ORDER GRANTING ADMISSION *PRO HAC VICE*

IT IS ORDERED that Matthew D. Shaffer be and is hereby admitted to the bar of this Court pro hac vice on behalf of Respondents/Claimants, Shuler P. Alexander, Christian P. Boutin, Michael J. Brunner, Eric R. Clapp, Eric D. Coleman, Thomas D. Hext, Joseph A. Knight, Howell C. McIntyre, Matthew R. Smith, Blake W. Thomas, and Ryan Colley, in the above-described action.

SO ORDERED on this, the _____ day of _____, 20_____.

_____
U.S. Magistrate Judge