UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION NO. 22-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**MOTION FOR ORDER NOTING DEFAULTS**

Bully 1 (Switzerland) GmbH ("Bully 1") and Noble Drilling (U.S.) LLC ("Noble Drilling"), Petitioners in this action for exoneration from or limitation of liability, hereby respectfully move this Court for an order noting defaults against any and all persons or entities who have not filed claims in the above-captioned limitation proceedings. In support of this Motion, Petitioners state as follows:

**1.**

On March 4, 2022 this Court issued a notice that all persons with claims for damages arising from or relating to the voyage on which the GLOBETROTTER II was engaged on or about August 29, 2021, in the Gulf of Mexico off of the Louisiana Coast, must file such claims on or before April 14, 2022 or be defaulted (See R. Doc. 3).

**2.**

Petitioners published the Court's public notice in accordance with Supplemental Admiralty Rule F, and filed proof of such publication with the court. (See R. Doc. 66).

**3.**

The April 14, 2022 monition date has passed; as such, in accordance with this Court's previous order of March 4, 2022 and Supplemental Admiralty Rule F, this Court should enter an order noting defaults against all persons or entities who have not filed this claim.

**4.**

This Motion is supported by an accompanying memorandum and proposed order.

WHEREFORE, Petitioners respectfully request that this Court issue an order noting defaults against all persons and entities that may have a claim against Petitioners arising from or relating to the voyage on which the GLOBETROTTER II was engaged on or about August 29, 2021, in the Gulf of Mexico off of the Louisiana Coast, but who have failed to appear and/or file an answer or claim herein.

Respectfully submitted:

**KEAN MILLER LLP**

  /s/   Robert M. Kallam
**ROBERT M. KALLAM (TX #24034175; LA #20242)**
**TAYLOR ASHWORTH (LA #39404)**
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: (337) 235-2232

**TIMOTHY WAYNE STRICKLAND (TX #19396298)**
**STACEY TYREE NORSTRUD (TX #24025363)**
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: (713) 844-3000


**BRADLEY J. SCHLOTTERER (LA #24211)**
**SEAN T. McLAUGHLIN (LA #31870)**
First Bank and Trust Tower
909 Poydras Street, Suite 3600

New Orleans, Louisiana 70112
Telephone: (504) 585-3050

AND

**NEUNERPATE**

**JEFFREY COREIL (LA #32405)**
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503
Telephone: (337) 237-7000

ATTORNEYS FOR BULLY 1 (SWITZERLAND) GMBH AND
NOBLE DRILLING (U.S.) LLC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 20th day of April 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to those who are non-CM/ECF participants.

                                                     /s/ Robert M. Kallam
                                                  **ROBERT M. KALLAM**