UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | C.A. NO: 6:22-cv-0566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**************************************************************************
## FIRST AMENDED CLAIM, CROSS-CLAIM AND THIRD-PARTY COMPLAINT OF FIDELIS U. OKORO

NOW INTO COURT comes **FIDELIS U. OKORO**, who respectfully seeks to supplement and amend his original Claim, Cross-Claim, and Third Party Complaint in the following respects:

1.

Supplement and replace Paragraph V of the CLAIMS AND THIRD PARTY CLAIMS as follows:

**V.**

Jurisdiction of this Court is invoked under the General Maritime Law, the savings to suitors clause, and diversity jurisdiction.

2.

Claimant hereby prays for a trial by jury on all issues raised herein, and in his CLAIMS AND THIRD PARTY CLAIMS previously filed.

1

WHEREFORE, Claimant hereby reiterates and reurges all allegations of his original CLAIMS AND THIRD PARTY CLAIMS, and his Answer to Limitation Complaint, and prays that this, his First Amended Claim, Cross-Claim and Third Party Claim be deemed good and sufficient and, after due proceedings and trial by jury are had, there be judgment herein in Claimant's favor and against all defendants for all damages, including costs, expert fees, interest, and for all other general and equitable relief.

    Respectfully Submitted,

*S/Megan C. Misko*
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
**THE YOUNG FIRM**
400 Poydras Street, Suite 2090
New Orleans, LA 70130
Telephone: (504) 680-4100
Facsimile: (504) 680-4101
tjy@theyoungfirm.com
tdh@theyoungfirm.com
mcm@theyoungfirm.com
jbm@theyoungfirm.com