UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *GLOBETROTTER II* | CIVIL ACTION NO. 22-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## JOINT PROPOSED SCHEDULING ORDER

| DATE | DEADLINE/EVENT |
|---|---|
| August 31, 2022 | Claimants'/Plaintiffs' Initial Omnibus Discovery to all Defendants/Limitation Petitioners including Interrogatories, Requests for Production and/or Requests for Admissions |
| October 1, 2022 | Submit joint proposal for initial case administration (confidentiality, privilege, deposition protocol, document production protocol, and e-discovery protocol) |
| November 4  2022 | Defendants/Limitation Petitioners' Initial Omnibus Discovery to all Claimants including Interrogatories, Requests for Production and/or Requests for Admissions |
| November 7, 2022 | FRCP Rule 26 Disclosure for all parties.  All personal injury Claimants to provide FRCP Rule 26 Disclosures on damages only. |
| November 15, 2022 | Defendants' Responses to Initial Omnibus Discovery served, including Privilege Logs, identification of the sources of Limitation Petitioners' electronic data not produced due to alleged inaccessibility or other undue burden or other costs |
| November 21, 2022 | Amendments to pleadings, third-party actions, cross-claims, and counterclaims shall be filed |
| January 18, 2023 | Claimants' Responses to Initial Omnibus Discovery served by Defendants/Limitation Petitioners |
| April 7, 2023 | Serve May Call Witness and Exhibit Lists |
| November 3, 2023 | Produce Rule 26 expert reports from parties with burden of proof on negligence and unseaworthiness |
| December 15, 2023 | Produce Rule 26 expert reports from Limitation Petitioners and Defendants |
| December 18, 2023 | Deadline for completion of settlement conference with magistrate judge and/or private mediation with all Claimants/Plaintiffs |
| January 5, 2024 | Produce Rule 26 Rebuttal Expert Reports as defined by Fed. R. Civ. Proc. 26 (a)(2)(B), which rebuttal reports should be strictly limited to |

1

2

|  | opinions in response to Limitation Petitioners' and/or Defendants' expert reports |
|---|---|
| February 26, 2024 | Discovery cut off; Complete depositions of all Rule 26 experts |
| March 28, 2024 | File and serve *Daubert* Motions and serve all non-evidentiary pretrial motions |
| April 18, 2024 | File and serve all other motions *in limine* |
| May 6, 2024 | Submit Joint Pre-Trial Order |
| May 13, 2024 @ 10 A.M. | Pre-trial Conference |
| June 3, 2024 @ 9 A.M. | Trial Commences |