**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | | |
|---|---|---|
| **IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE GLOBETROTTER II** | * * * * * * * * * | **CIVIL ACTION NO. 6:22-cv-00566 c/w 6:21-cv-03527-RRS-CBW, c/w 2:21-cv-03993-RRS-CBW, c/w 2:21-cv-03994-RRS-PJH**<br><br>**JUDGE ROBERT R. SUMMERHAYS**<br><br>**MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**STIPULATED DISMISSAL OF CLAIMANT BARRY SKATES**

COMES NOW, the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby files this Stipulated Dismissal of Claimant Barry Skates. Specifically, this dismissal applies to Barry Skates only and all other Claimants remain.

Fed. R. Civ. P. 41(a)(1)(A)(ii) reads:

> (a) Voluntary Dismissal.
> (1) *By the Claimant.*
> (A) *Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the claimant may dismiss an action without a court order by filing:
>
> (ii) a stipulation of dismissal signed by all parties who have appeared.

*See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

All parties who have appeared in this matter stipulate to the dismissal of Barry Skates and have all signed this Stipulated Dismissal without prejudice.

Respectfully submitted,

**ARNOLD & ITKIN, LLP**

*/s/ J. Kyle Findley*
J. Kyle Findley (SBN#24076382)
kfindley@arnolditkin.com
Kala F. Sellers (#24087519)
Email: ksellers@amolditkin.com
Kurt B. Arnold (SBN#24036150)
(Admitted *Pro Hac Vice*)
karnold@arnolditkin.com
John G. Grinnan (SBN#24087633)
(Admitted *Pro Hac Vice*)
jgrinnan@arnolditkin.com
6009 Memorial Drive
Houston, TX 77007
Tel: 713-222-3800
Fax: 713-222-3850
e-service@arnolditkin.com
**ATTORNEYS FOR BARRY SKATES; DEDREN BRADLEY; CHARLES PICARD; JED MUSKE; CHRIS HEFFERAN; ERNEST KELLAR; JOSH MCDANIEL; JOSHUA FLOWERS; BRANDON FREEMAN; TANNER LITLEFIELD; RYAN RAMSAY; SCHUYLER PRYNE; STEPHEN COCHRAN; JOSE CARRIVALES; DIEGO GONZALEZ; HAROLD CALAIS; JOHN TARANTO; JAMES WORBINGTON; MICHAEL WOOLEY; JAIME VARGAS; GABRIEL ALMEDIA; JEFFREY EDWARDS; JULIAN PITTS**

**KEAN MILLER LLP**

/s/ *Robert M. Kallam*
Robert M. Kallam
(TX #24034175; LA#20242)
Email:
Taylor Ashworth (LA #39404)
Email: taylor.ashworth@keanmiller.com
600 Jefferson Street, Suite 1101
Lafayette, Louisiana 70501
Telephone: 337-235-2232
Fax: 337-422-3684

Timothy Wayne Strickland
(TX #19396298)
(Admitted *Pro Hac Vice)*
Email: tim.strickland@keanmiller.com
Stacey Tyree Norstrud
(TX #24025363)
(Admitted *Pro Hac Vice)*
Email: stacey.norstrud@keanmiller.com
711 Louisiana Street, Suite 1800
Houston, Texas 77002
Telephone: 713- 844-3000
Fax: 713-844-3030

Bradley J. Schlotterer (LA #24211)
Email: brad.schlotterer@keanmiller.com
Sean T. Mclaughlin (LA #31870)
Email: sean.mclaughlin@keanmiller.com
First Bank and Trust Tower
909 Poydras Street, Suite 3600
New Orleans, Louisiana 70112
Telephone: 504-585-3050
Fax: 504-585-3051

**AND**

**NEUNERPATE**

Jeffrey Coreil (LA #32405)
Email: JCoreil@NeunerPate.com
One Petroleum Center
1001 West Pinhook Road, Suite 200
Lafayette, LA 70503
Telephone: 337- 237-7000
Fax: 337-233-9450
**ATTORNEYS FOR BULLY 1 (SWITZERLAND) GMBH AND NOBLE DRILLING (U.S.) LLC**

**SCHECHTER SHAFFER & HARRIS**

/s/ *Matthew D. Shaffer*
Laura Beatriz De La Cruz (#37966)
Email: ldelacruz@smslegal.com
Matthew D. Shaffer (TX #18085600)
(Admitted *Pro Hac Vice*)
Email:
200 Travis St 3rd Fl
Houston, TX 77006
Telephone: 713-524-3500
Fax: 866-696-5610
**ATTORNEYS FOR SHULER P. ALEXANDER; CHRISTIN P. BOUTIN; MICHAEL J. BRUNNER; BLAKE W. THOMAS; MATHEW R. SMITH; HOWELL C. MCINTYRE; ERIC R. CLAPP; ERIC D. COLEMAN; THOMAS D. HEXT; JOSEPH A. KNIGHT; RYAN COLLEY**

**BROUSSARD & DAVID**

/s/ *Jerome Harold Moroux*
Jerome Harold Moroux (#32666)
Email: jerome@broussard-david.com
Scott Michael Richard (#36643)
Email: scott@broussard-david.com
P O Box 3524
Lafayette, LA 70502-3524
Telephone: 337-233-2323
Fax: 337-233-2353
**ATTORNEYS FOR YURY REMEDIO; RICHARD RILEY; JOHN SMITH, JR.**

**JONES & HILL (OB)**

/s/ *John Craig Jones*
John Craig Jones (#17648)
Email: craig@joneshilllaw.com
Craig Ray Hill (#23780)
Email: chill@joneshilllaw.com
131 Hwy 165 S
Oakdale, LA 71463
Telephone: 318-335-1333
Fax: 318-335-1924
**ATTORNEYS FOR JARED REGAN; JOHN GUIDRY**

**LA WORKER'S COMPENSATION CORP. (BR)**

/s/ *David K. Johnson*
David K. Johnson (#1998)
Email: djohnson@lwcc.com
LA Worker's Comp Corp (BR)
2237 S Acadian Thwy Ste 102
Baton Rouge, LA 70808-2371
Telephone: 225-231-0755
Fax: 225-231-0986
**ATTORNEY FOR LOUISIANA WORKER'S COMPENSATION CORPORATION**

**LAMOTHE LAW FIRM (NO)**

/s/ *Frank E. Lamothe, III*
Frank E. Lamothe, III (#07945)
Email: felamothe@lamothefirm.com
Julien Guy Lamothe (#38313)
Email: jlamothe@lamothefirm.com
Richard M Martin, Jr. (#08998)
Email: rmartin@lamothefirm.com
400 Poydras St Ste 1760
New Orleans, LA 70130
Telephone: 504-704-1414
Fax: 504-262-0945
**ATTORNEYS FOR CHRISTOPHER DAVIS**

**YOUNG FIRM**

/s/ *Timothy J. Young*
Timothy J. Young (#22677)
Email: tjy@theyoungfirm.com
Joseph B Marino, III (#29966)
Email: jbm@theyoungfirm.com
Megan Cole Misko (#29803)
Email: mcm@theyoungfirm.com
Tammy Dianne Harris (29896)
Email: tdh@theyoungfirm.com
400 Poydras St Ste 2090
New Orleans, LA 70130
Telephone: 504-680-4100
Fax: 504-680-4101
**ATTORNEYS FOR FIDELIS U. OKORO**

**LANIER LAW FIRM (HOU)**

/s/ *Judson Waltman*
Kevin James LaMarca (#38554)
Email: kevin.lamarca@lanierlawfirm.com
Judson Waltman (TX#00797621)
(Admitted *Pro Hac Vice*)
Email: jaw@lanierlawfirm.com
10940 W Sam Houston Pkwy N Ste 100
Houston, TX 77064
Telephone: 713-659-5200
Fax: 713-659-2204
**ATTORNEYS FOR NESTOR NAVARRO**

| **DOMENGEAUX WRIGHT ROY & EDWARDS (LAF)**<br><br>/s/ *Elwood C. Stevens, Jr.*<br>Andrew J. Quackenbos (#31924)<br>Email: andrewq@wrightroy.com<br>Elwood Clement Stevens, Jr (#12459)<br>Email: elwoods@wrightroy.com<br>James Parkerson Roy (#11511)<br>Email: jimr@wrightroy.com<br>John Parkerson Roy (#32048)<br>Email: johnr@wrightroy.com<br>P O Box 3668<br>Lafayette, LA 70502-3668<br>Telephone: 337-233-3033<br>Fax: 337-232-8213<br>**ATTONREYS FOR DERRICK G. BROOKS; EDWARD SIMON** | **LISKOW & LEWIS**<br><br>/s/ *Thomas P. Diaz*<br>Thomas P. Diaz (#18863)<br>Email: tpdiaz@liskow.com<br>Alexander James Baynham (#36369)<br>Email: ajbaynham@liskow.com<br>701 Poydras St., Suite 5000<br>New Orleans, LA 70139<br>Telephone: 504-566-4183<br>Fax: 504-566-4108<br><br>Michael A Golemi (#26306)<br>Email: magolemi@liskow.com<br>1001 Fannin St Ste 1800<br>Houston, TX 77002<br>Telephone: 713-651-2914<br>Fax: 651-2908<br><br>Vanessa W Anseman (#28795)<br>Email: vwanseman@liskow.com<br>P O Box 52008 O C S<br>Lafayette, LA 70505<br>Telephone: 337-232-7424<br>Fax: 337-267-2399<br>**ATTORNEYS FOR SHELL OIL CO.; SHELL OFFSHORE INC.; SHELL USA, INC.** |
|---|---|

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was served on counsel of record by electronic means, including the CM/ECF system, 30th day of August, 2022.

/s/ *Kyle Findley*
Kyle Findley