UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE GLOBETROTTER II | * * * * * * * * | CIVIL ACTION NO. 6:22-cv-00566 c/w 6:21-cv-03527-RRS-CBW, c/w 2:21-cv-03993-RRS-CBW, c/w 2:21-cv-03994-RRS-PJH <br><br>JUDGE ROBERT R. SUMMERHAYS <br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

**ORDER**

Having considered the parties Stipulated Dismissal of Claimant Barry Skates, without Prejudice the Court finds that the stipulated dismissal should be **GRANTED**.

It is therefore **ORDERED,** that Claimant Barry Skates, claims be and hereby are **DISMISSED WITHOUT PREJUDICE**.

Signed this 31st day of August, 2022.

_____
HON. ROBERT R. SUMMERHAYS