## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| BULLY 1 (Switzerland)(GmbH) | Civil Action No. 6:20-0566 |
| versus | Judge Robert R. Summerhays |
| NOBLE DRILLING (US) LLC, ET AL. | Magistrate Judge Carol B Whitehurst |

## **ORDER**

Pursuant to this Court's order, the parties submitted a Joint Proposed Case Administration Order and Attachment A ("Acknowledgement and Agreement to Be Bound") that conforms with the June 3, 2024 trial date that was selected by the parties. The Court having found that the Joint Proposed Case Administration Order properly conforms to the trial date and contains workable deadlines therein, IT IS ORDERED that the Case Administration Order and Attachment A are adopted. IT IS FURTHER ORDERED that the Clerk of Court shall file the Case Administration Order and Attachment A into the record.

**THUS DONE AND SIGNED** this 19th day of October, 2022 at Lafayette, Louisiana.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE