UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER PRO HAC VICE, OF THE GLOBETROTTER II | § § § § § § | CIVIL ACTION NO. 22-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

ORDER ON RESPONDENT/CLAIMANT, SHULER P. ALEXANDER'S, MOTION FOR LEAVE TO FILE AMENDED ANSWER AND CLAIM WITH THIRD-PARTY COMPLAINT

After considering Respondent/Claimant, SHULER P. ALEXANDER's, Motion for Leave to File an Amended Answer and Claim with Third-Party Complaint against Shell Oil Co and Shell USA Inc., and the response, if any, the Court:

Grants the Motion.

IT IS HEREBY ORDERED that Respondent/Claimant is given leave to file an amended Answer and Claim with a Third-Party Complaint against Shell USA, Inc. and Shell Offshore Inc. Respondent/Claimant's proposed First Amended Answer and Claim with Third-Party Complaint (attached as Exhibit 'A' to Respondent/Claimant's Motion) shall be filed into the record.

SIGNED this   22nd   day of   November  , 2022.

_____
CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

1