UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN RE: BULLY 1 (SWITZERLAND) GMBH, ET AL. | CIVIL ACTION NO. 22-0566 |
| | JUDGE SUMMERHAYS |
| | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to File Out of Time Claim and For Relief from Default filed on behalf of Brian Barfield (Rec. Doc. 252) be DENIED.

Signed at Lafayette, Louisiana, this 1st day of November, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE