# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 | * CIVIL ACTION |
| (SWITZERLAND) GMBH, AS OWNER, | * |
| AND NOBLE DRILLING (U.S.) LLC, AS | * NO. 6:22-cv-00566 |
| OWNER *PRO HAC VICE*, OF THE | * |
| *GLOBETROTTER II* | * JUDGE ROBERT R. SUMMERHAYS |
| | * |
| | * MAGISTRATE JUDGE |
| | * CAROL B. WHITEHURST |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER FOR FINAL JUDGMENT
## OF PARTIAL DISMISSAL WITH PREJUDICE

Consider the foregoing Consent Motion for Final Judgment of Partial Dismissal with Prejudice,

IT IS ORDER, ADJUDGED, AND DECREED that the claims of Claimant, Fidelis Okoro, asserted against Bully 1 (Switzerland) GmbH, Noble Drilling (U.S.) LLC, Shell Offshore Inc., and Shell USA, Inc. (R. Doc. 65 and 110) be and hereby are dismissed with prejudice with each party to bear his or its own costs.

**LAFAYETTE, LOUISIANA,** this 16th day of July, 2025.

_____
DISTRICT JUDGE