UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| IN THE MATTER OF BULLY 1 (SWITZERLAND) GMBH, AS OWNER, AND NOBLE DRILLING (U.S.) LLC, AS OWNER *PRO HAC VICE*, OF THE *Globetrotter II* | CIVIL ACTION NO. 22-566<br><br>JUDGE ROBERT R. SUMMERHAYS<br><br>MAGISTRATE JUDGE CAROL B. WHITEHURST |

## ORDER OF FINAL DISMISSAL WITH PREJUDICE

Consider the foregoing Consent Motion for Final Judgment of Dismissal of the below cited claims with Prejudice,

IT IS ORDER, ADJUDGED, AND DECREED that the claims of the below Claimants, asserted against Bully 1 (Switzerland) GmbH, Noble Drilling (U.S.) LLC, Shell Offshore Inc., and Shell USA Inc. be and hereby are dismissed with prejudice with each party to bear his or its own costs.

1. All claims by Shuler P. Alexander (R. Doc. 7, R. Doc. 187);
2. All claims by Christian P. Boutin (R. Doc. 11, R. Doc. 189);
3. All claims by Michael J Brunner (R. Doc. 17, R. Doc. 193);
4. All claims by Stephen Cochran (R. Doc. 46);
5. All claims by Eric D. Coleman (R. Doc. 22, R. Doc 208);
6. All claims by Ryan Colley (R. Doc. 30, R. Doc. 205);
7. All claims by Jeffrey Edwards (R. Doc. 56);
8. All claims by Joshua Flowers (R. Doc. 41);
9. All claims by Brandon Freeman (R. Doc. 42);
10. All claims by Diego Gonzalez (R. Doc. 48);
11. All claims by Chris Hefferan (R. Doc. 38);
12. All claims by Thomas D. Hext (R. Doc. 23, R. Doc. 202);

13. All claims by Joseph A. Knight (R. Doc. 24, R. Doc 208);

14. All claims by Tanner Littlefield (R. Doc. 43);

15. All claims by Josh McDaniel (R. Doc. 40);

16. All claims by Howell C. McIntyre (R. Doc. 20, R. Doc. 200);

17. All claims by Jed Muske (R. Doc. 37);

18. All claims by Charles Picard (R. Doc. 36);

19. All claims by Julian Pitts (R. Doc. 63);

20. All claims by Schuyler Pryne (R. Doc. 45);

21. All claims by Matthew R. Smith (R. Doc. 19, R. Doc. 199);

22. All claims by Blake W. Thomas (R. Doc. 18, R. Doc. 191);

23. All claims by Jaime Vargas (R. Doc. 54);

24. All claims by Michael Wooley (R. Doc. 53);

25. All claims by Dedren Bradley (R. Doc. 35);

26. All claims by Harold Calais (R. Doc. 49);

27. All claims by Ryan Ramsay (R. Doc. 44);

28. All claims by John Taranto (R. Doc. 51);

29. All claims by Jose Carrizales (R. Doc. 47);

30. All claims by James Worbington (R. Doc. 52);

31. All claims by Gabriel Almedia (R. Doc. 55);

32. All claims by Eric R. Clapp (R. Doc. 21, R. Doc 201);

33. All claims by Ernest Kellar (R. Doc. 39).

**LAFAYETTE, LOUISIANA,** this 17th day of July 2025.

_____
UNITED STATES DISTRICT JUDGE