## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

IN RE:  BULLY 1 (SWITZERLAND) GMBH ET AL

CASE NO.  6:22-CV-00566

JUDGE ROBERT R. SUMMERHAYS

MAGISTRATE JUDGE CAROL B. WHITEHURST

### JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.  Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the Motion to Dismiss Third-Party Complaint filed on behalf of Newpark Drilling Fluids, LLC ("Newpark") (Rec. Doc. 440) is **DENIED**.

Signed at Lafayette, Louisiana, this 6th day of January, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE